# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | **PAMELA JEAN HANKINSON,** | : | Case No 13-56992 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge John E. Hoffman, Jr. |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

    Now comes Debtor PAMELA JEAN HANKINSON by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

PAMELA JEAN HANKINSON<br>
214 Purple Finch Loop<br>
Pataskala, Ohio 43062

Respectfully submitted,

Dated: 21August 2015

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com